IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

CARL GARRETT,

    Plaintiff,

v.

GEORGIA DEPARTMENT OF
CORRECTIONS, et al.,

    Defendants.

CIVIL ACTION NO.: 6:24-cv-39

## ORDER

The Magistrate Judge issued a Report and Recommendation for the Court to dismiss Plaintiff's claims against the Georgia Department of Corrections. Doc. 11. Plaintiff did not file Objections to this Report and Recommendation, and the time to do so has elapsed. Accordingly, upon review, I find no clear error in the Magistrate Judge's Report and Recommendation and **ADOPT** the Report and Recommendation as the opinion of the Court. See Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006) (If no specific objections are made or no objections are made at all, "the appropriate standard of review for the report and recommendation is clear error."). I **DISMISS** Plaintiff's claims against the Georgia Department of Corrections. Plaintiff's claims against Defendants Wilson, Arthur, Edwards, Glover, and Warren remain pending. Doc. 12.

**SO ORDERED**, this 17th day of June, 2025.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA